PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

For The

**District of New Jersey**

UNITED STATES OF AMERICA

v.                                        Crim. No.    05-00025-001

Stavros Dallas

On May 12, 2005, the above named was placed on probation for a period of 3 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

*[signature: Morales]*

United States Probation Officer  
Denise Morales

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this ___21___ day of ___March___, 20_07_.

*[signature]*

United States District Judge

Dennis M. Cavanaugh  
U.S. District Judge